JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PHILLIPS COSME,<br><br>    Plaintiff,<br><br>  vs.<br><br>LASD., et al.,<br><br>    Defendants. | Case No. CV 09-2363-CAS (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: April 2, 2010

*Christina A. Snyder*

———————————————
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE